UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LOCAL 513, INTERNATIONAL UNION OF )
OPERATING ENGINEERS, AFL-CIO, et al., )
)
    Plaintiffs, )
) Cause No. 4:09-cv-00653 (HEA)
v. )
)
MID-AMERICA PUMPING, INC., )
)
    Defendant. )

## DEFAULT JUDGMENT

Plaintiffs' Motion For Judgment By Default is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs are awarded the principal amount of $45,250.79;

IT IS FURTHER ORDERED that Plaintiffs are awarded liquidated damages of $9,050.16;

IT IS FURTHER ORDERED that Plaintiffs are awarded prejudgment interest in the amount of $1,602.39;

IT IS FURTHER ORDERED that Plaintiffs are awarded Court Costs of $350.00;

IT IS FURTHER ORDERED that Plaintiffs are awarded attorneys' fees of $2060.00.

IT IS FURTHER ORDERED that Judgment is entered for Plaintiffs and against Defendant in the amount of $58,313.34.

IT IS FURTHER ORDERED that Plaintiffs are awarded post-judgment at the maximum lawful rate, as provided pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

_____
United States Judge

9-30-04